Marjorie H. Rowland
PO Box 32078
Tucson, Arizona 85751-2078
(520) 207-6431
(520) 867-8075 (Fax)
State Bar No. 014634
mhrjd1@cox.net
Attorney for Debtor

ORDERED.



Dated: July 15, 2009

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

JANICE L. HOUGH,

Debtor.

CASE NO. 4:08-bk-16922

Chapter 13

STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor's Chapter 13 Plan and Application for Payment of Administrative Expense, including the Plan Analysis, (the "Plan"), having been filed on February 18, 2009, and properly noticed to all creditors and parties-in-interest, a copy of which is attached and incorporated herein by this reference, and objections having been filed by the Trustee, Dianne C. Kerns, and said objections having been resolved as indicated below and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that the Plan is confirmed as proposed:

1. <u>PAYMENT AND LENGTH OF PLAN AND DURATION OF PLAN:</u>

$220.00 per month for 36 months, commencing on March 1, 2009. In no event will the duration of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

2. **PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT:**

Trustee's Compensation (10% of Debtors' Payments):  $~~720.00~~

3. **ARREARAGE CLAIMS:**

~~None.~~ Beneficial is to be paid $4344.60 to cure arrears.

4. **SECURED CLAIMS:**

None.

IT IS FURTHER ORDERED that the Debtor must seek court approval prior to purchasing or selling any real property or incurring any debt out of the ordinary course;

IT IS FURTHER ORDERED that the Plan will be administered to provide that allowed, timely-filed unsecured claims shall share a pro-rata share of available Plan funding; and

IT IS FURTHER ORDERED that the Trustee's compensation is not fixed, but paid as set by U.S.C. § 586(e)(1)(b) and (e)(2) not to exceed a maximum of ten (10%).

DATED:_____

HON. EILEEN W HOLOWELL

Dianne C. Kerns
Chapter 13 Trustee         7/13/09

Marjorie H. Rowland   6/16/09
Attorney for Debtor

houghCONFIRM.wpd

2

Name  EXHIBIT A

(K) **Plan Summary.** If there are discrepancies between the plan and this plan analysis, the provisions of the confirmed plan control.

| | |
|---|---:|
| (1) Administrative Expenses: | $ 0 |
| (2) Priority Claims   Attorney Fees | $ 0 |
| (3) Payments on Leases or to Cure Defaults, Including Interest | $ 0 |
| (4) Payments on Secured Claims, Including Interest | $ 0 |
| (5) Payments on Unsecured, Nonpriority Claims | $ 7,200.00 |
| (6) SUBTOTAL | $ 7,200.00 |
| (7) Trustee's Compensation (10% of Debtor's Payments) | $ 720.00 |
| (8) Total Plan Payments | $ 7,920.00 |

(L) **Section 1325 analysis.**

(1) Best Interest of Creditors Test:

| | |
|---|---:|
| (a) Value of debtor's interest in nonexempt property | $ 0 |
| (b) Plus: Value of property recoverable under avoiding powers | $ 0 |
| (c) Less: Estimated Chapter 7 administrative expenses | $ 0 |
| (d) Less: Amount payable to unsecured, priority creditors | $ 0 |
| (e) **Equals:** Estimated amount payable to unsecured, nonpriority claims if debtor filed Chapter 7 | $ 0 |

Paragraph (2) to be completed by debtors whose current monthly income exceeds the state's median income.

(2) Section 1325(b) Analysis:

| | |
|---|---:|
| (a) Amount from Line 59, Form B22C, Statement of Current Monthly Income | $ 187.00 |
| (b) Applicable Commitment Period | x 60 |
| (c) Section 1325(b) amount ((b)(1) amount times 60) | $ 11,220.00 |
| (3) Estimated Payment to Unsecured, Nonpriority Creditors Under Plan | $ 7,200.00 |

Dated: February 18, 2009

s/ Janice L. Hough
Debtor


s/Marjorie H. Rowland
Attorney for Debtor